UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RONNIE HANKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16CV239 HEA |
| | ) | |
| PHILIP ANDERSON, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to file an amended complaint. The motion is denied.

To obtain leave to file an amended complaint, "a party must submit the proposed amendment along with its motion." *Clayton v. White Hall School Dist.*, 778 F.2d 457, 460 (8th Cir. 1985); *see Wolgin v. Simon*, 722 F.2d 389, 395 (8th Cir. 1983) ("Absent some indication as to what might be added to the complaint to make it viable, the [moving party] is not entitled to leave to amend."). Plaintiff has not submitted a proposed amendment.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to file an amended complaint [ECF No. 10] is **DENIED** without prejudice.

Dated this 16th day of May, 2016.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE