# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RONNIE HANKINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-239 HEA |
| PHILLIP ANDERSON, et al., | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on remand from the Eighth Circuit Court of Appeals. Plaintiff, a prisoner, has neither paid the appellate filing fee nor filed a motion for leave to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee **or** file a motion to proceed in forma pauperis on appeal with a certified copy of his prisoner account statement.

**IT IS FURTHER ORDERED** that the Clerk shall send plaintiff a copy of the prisoner in forma pauperis form.

Dated this 25th day of April, 2019.

                                                HENRY EDWARD AUTREY
                                            UNITED STATES DISTRICT JUDGE